UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY BERNARD PRATER,

                Plaintiff,

v.

JAMES R. LINDERMAN, IRENE DAVIS,
JENNIFER KRUSSELL, CODY WHEAT,
and MICHAEL McNAMARA,

                Defendants.
_____/

Case No. 1:18-cv-992

Hon. Ray Kent

## JUDGMENT

In accordance with the Order granting defendants' motion for summary judgment

entered this day, Judgment is entered in favor of defendants and against plaintiff Jeffrey Bernard

Prater.

Dated:  December 10, 2019              /s/ Ray Kent
                                    United States Magistrate Judge