UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY BERNARD PRATER,

        Plaintiff,                Case No. 1:18-cv-992

v.                                            Hon. Ray Kent

JAMES R. LINDERMAN, *et al.*,

        Defendants.
                                        /

## ORDER GRANTING APPLICATION TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

Plaintiff has appealed the order dismissing this case. This matter is now before the Court on his application to proceed *in forma pauperis* on appeal (ECF No. 37). The fee for appealing a civil action is $505.00. To proceed *in forma pauperis* on appeal, plaintiff must comply with the requirements of Fed. Rule App. Proc. Rule 24(a)(1), which requires him to file a motion for leave to proceed *in forma pauperis*; and, an affidavit showing his inability to pay the required fees (in the detail prescribed by Form 4 of the Appendix of Forms), his belief that he is entitled to redress, and a statement of the issues he intends to present on appeal. The Court finds that plaintiff has insufficient funds to pay the filing and docket fees required for an appeal. Accordingly, plaintiff's application to proceed *in forma pauperis* on appeal (ECF No. 37) is **GRANTED**.

        **IT IS SO ORDERED.**

Dated: December 31, 2019                          /s/ Ray Kent
                                                            United States Magistrate Judge